PHILLIP SWIRSKY, Appellant, v. UNITED STATES CASUALTY COMPANY, Respondent.— Order, in so far as appealed from, reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs; examination to proceed before the Special Term on five days' notice. William Butler may be examined as to the conduct of the Lowe actions which he undertook on the part of the defendant and all matters related thereto, including any negotiations conducted by him for the settlement and compromise thereof. In lieu of the examination the defendant, at or before receiving notice thereof, may stipulate the facts covered by the notice of examination and by the terms of this order. The grounds of this decision are that the defendant so adroitly phrased its answer that it denied many allegations in the complaint about which there is really no dispute. It, therefore, become necessary for the plaintiff to make proof of these facts. The complaint and the theory of plaintiff's cause of action are not attacked here, and we express no opinion concerning the sufficiency thereof. Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ., concur.

HAROLD SYVERSEN, by GUSTAV SYVERSEN, His Guardian ad Litem, Appellant, v. RICHMOND RAILWAYS, INC., and TOMPKINS BUS CORPORATION, Respondents.— Judgments reversed on the law and a new trial granted, costs to appellant to abide the event. The record discloses questions of fact for the jury as to plaintiff's alleged contributory negligence and the alleged negligence of the two defendants. Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ., concur.

JAMES F. WAGNER, Respondent, v. RAILWAY EXPRESS AGENCY, INC., Appellant. — Order granting plaintiff's motion for a preference affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ., concur.

JOHN R. COLE, Respondent, v. CHARLES L. CRAIG, Appellant.— Motion to extend time to answer granted in accord with the decision of the main appeal (See post, p. 692), decided herewith, on condition that the defendant accept notice of trial for the March term in Putnam county. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

JOHN R. COLE, Respondent, v. CHARLES L. CRAIG, Appellant.— On argument, order denying motion to make the complaint more definite and certain affirmed, without costs, on condition that respondent serve a bill of particulars within five days from the entry of the order herein; appellant's time to answer extended ten days after such service. Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ., concur.

MEYER BLUMBERG, Respondent, v. FRANK GIORGIO, JR., Trustee in Bankruptcy, Substituted in Place of NOX REALTY CORPORATION, Appellant, Impleaded with ISIDORE WITKIND and Another, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

ROCCO CASTRONUOVO, as Administrator, etc., of MARGHERITA CASTRONUOVO, Deceased, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.